Opinion issued July 9, 2009









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-09-00518-CV

____________


GERALD D. MURPHY, Appellant


V.


KINGWOOD LAKES SOUTH, L.P.; TENZER COMPANY, INC. AND/OR
ANTHONY M. FRANK, Appellees






On Appeal from the 151st District Court

Harris County, Texas

Trial Court Cause No. 9516749






MEMORANDUM OPINION

 Appellant Gerald D. Murphy has filed an unopposed motion to dismiss the
appeal. No opinion has issued. Accordingly, the motion is granted, and the appeal
is dismissed. Tex. R. App. P. 42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Sharp and Alcala.